IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 24-CR-30052-NJR-01 |
| | ) | |
| JASON BOYD, | ) | Title 18, United States Code, Section 242 |
| | ) | |
| Defendant. | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**Deprivation of rights under color of law**

On or about October 3, 2019, in East St. Louis, within the Southern District of Illinois,

JASON BOYD,

defendant herein, while acting under color of law, willfully deprived Victim 1 of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the unreasonable use of physical force by a law enforcement officer. Specifically, the defendant pepper sprayed Victim 1 without legal justification.

In violation of Title 18, United States Code, Section 242.

### COUNT 2
**Deprivation of rights under color of law**

On or about October 3, 2019, in East St. Louis, within the Southern District of Illinois,

JASON BOYD,

defendant herein, while acting under color of law, willfully deprived Victim 2 of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the unreasonable use of physical force by a law enforcement officer. Specifically, the defendant pepper sprayed Victim 2 without legal justification.

In violation of Title 18, United States Code, Section 242.

RACHELLE AUD CROWE
United States Attorney

KRISTEN CLARKE
United States Assistant Attorney General

SCOTT A. VERSEMAN
Assistant United States Attorney

ERIN MONJU
Trial Attorney
Department of Justice
Civil Rights Division